IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| OMAR SHARIF ROBINSON, | ) | |
| #193146, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV784-T |
| | ) | [WO] |
| LARRY K. ANDERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

The petitioner filed a petition for writ of mandamus on 15 August 2005 (Doc. # 1), as to which the Magistrate Judge advised denial in a Recommendation entered on 6 September 2005 (Doc. # 4). In a pleading styled an "Objection", the petitioner asked the court to treat his petition for mandamus "as a writ of habeas corpus in respect to the issues there, and procede [sic] to appropriate disposition as law and justice demands" (Doc. # 6).

The court denied the motion on 13 October 2005 (Doc. # 7), and, by motion dated 30 November 2005, the petitioner now seeks reconsideration of the October order (Doc. # 8). For good cause, it is

ORDERED that the motion for reconsideration is DENIED. The plaintiff presents no meritorious reason why the court should reconsider its order.

DONE this 5th day of December, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE