IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| OMAR SHARIF ROBINSON, )<br>)<br>   Plaintiff, )<br>)<br>      v. )<br>)<br>LARRY K. ANDERSON, Circuit )<br>Court Judge, and CHARLES )<br>W. WOODHAM, Circuit Court )<br>Judge, )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>  1:05cv784-T<br>     (WO) |

OPINION

Pursuant to the All Writs Act, plaintiff, a state inmate, filed this lawsuit challenging the actions of two state judges. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be

overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of December, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE