IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
OMAR SHARIF ROBINSON,        )
                             )
     Plaintiff,              )
                             )
     v.                      )     CIVIL ACTION NO.
                             )       1:05cv784-T
                             )          (WO)
LARRY K. ANDERSON, Circuit   )
Court Judge, and CHARLES     )
W. WOODHAM, Circuit Court    )
Judge,                       )
                             )
     Defendants.             )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 6) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 4) is adopted.

(3) Plaintiff's petition for writ of mandamus (Doc. No. 1) is denied and this case is dismissed.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 7th day of December, 2005.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE