IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

OMAR SHARIF ROBINSON                    CIVIL ACTION NO.: 1:05 CV - 784

Petitioner/Appellant,

vs.

STATE OF ALABAMA,

Respondent/Appellee.

## N O T I C E   O F   A P P E A L

Notice is hereby given that the above named [Omar S. Robinson], as

Appellant hereby appeals to the United States Court of Appeals for the

Eleventh (11th Circuit from the final 'judgement of an order denying/

dismissing Petitioner's Writ of Mandamus, or in the alternative Petition

for Writ of Habeas corpus entered in this action on the 7th day of Dec.,

2005.

ENTERED THIS 2ND DAY OF JANUARY, 2006.

*Omar S. Robinson*

Appellant's signature

Omar S. Robinson   Pro   se

28779 Nick Davis Road

Harvest, Alabama   35749