IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

RECEIVED
2006 SEP -1  P 3:40
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

No. 06-10476-F

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG 31 2006

THOMAS K. KAHN
CLERK

OMAR SHARIF ROBINSON,

Plaintiff-Appellant,

versus

LARRY K. ANDERSON,
CHARLES W. WOODHAM,

Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

Before **ANDERSON, BIRCH and BARKETT, Circuit Judges.**

BY THE COURT:

Appellant has filed a motion for reconsideration of this Court's May 19, 2006, order denying appellant's motion for leave to proceed on appeal. Upon reconsideration, appellant's motion for leave to proceed on appeal is DENIED and the appeal is DISMISSED because it is frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i); 28 U.S.C. § 1361; Moye v. Clerk, Dekalb County Sup.Ct., 474 F.2d 1275, 1276 (5th Cir. 1973).

A True Copy - Attested:
Clerk, U. S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia