```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003362
Cashier ID: cstrecke
Transaction Date: 01/16/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
------------------------------------
PLRA CIVIL FILING FEE
 For: OMAR S ROBINSON
 Case/Party: D-ALM-1-05-CV-000784-001
 Amount:         $9.00
------------------------------------
CHECK
 Remitter: LIMESTONE CORRECTIONAL FAC
 Check/Money Order Num: 3791
 Amt Tendered:  $9.00
------------------------------------
Total Due:       $9.00
Total Tendered:  $9.00
Change Amt:      $0.00

APPEAL FEE
DALM105CV000784-T
```